

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00045-CV

Clark E. **SADLER**, Clark D. Sadler, and Nancy Sadler,
Appellants

v.

Arthur **ERFURTH** and Beverly Erfurth,
Appellees

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 07-08-00296-CVF
Honorable Fred Shannon, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

All costs are ORDERED assessed against the party who incurred them.

SIGNED May 15 2013.

_____
Marialyn Barnard, Justice